## RECONSIDERATION OF PRIOR DECISIONS

**2006–0705. Terry v. Caputo.**
Ottawa App. No. OT–05–009, 165 Ohio App.3d 638, 2006-Ohio-866. Reported at 115 Ohio St.3d 351, 2007-Ohio-5023, 875 N.E.2d 72. On motion for reconsideration. Motion denied.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2006–0830. Elyria Foundry Co. v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 05–704–EL–ATA, 05–1125–EL–ATA, 05–1126–EL–AAM, and 05–1127–EL–UNC. Reported at 114 Ohio St.3d 305, 2007-Ohio-4164, 871 N.E.2d 1176. On motion for reconsideration of intervening appellee FirstEnergy Corp. Motion denied.

O'CONNOR and O'DONNELL, JJ., dissent.

**2006–1032. State v. Campbell.**
Warren App. No. CA2005–06–069. Reported at 114 Ohio St.3d 430, 2007-Ohio-4552, 872 N.E.2d 1212. On motion for reconsideration. Motion denied.

CUPP, J., not participating.

**2007–0842. State ex rel. Pesci v. Lucci.**
Lake App. No. 2006–L–112, 2007-Ohio-1547. Reported at 115 Ohio St.3d 218, 2007-Ohio-4795, 874 N.E.2d 774. On motion for reconsideration and motion to strike memorandum opposing reconsideration. Motions denied.

**2007–0953. State v. Zemke.**
Erie App. No. E–06–051. Reported at 115 Ohio St.3d 1411, 2007-Ohio-4884, 873 N.E.2d 1316. On motion for reconsideration. Motion denied.

**2007–0968. State v. Niepsuj.**
Summit App. No. 23593. Reported at 115 Ohio St.3d 1411, 2007-Ohio-4884, 873 N.E.2d 1316. On motion for reconsideration. Motion denied.

**2007–0984. State v. Lange.**
Mercer App. No. 10–06–28, 2007-Ohio-2280. Reported at 115 Ohio St.3d 1412, 2007-Ohio-4884, 873 N.E.2d 1316. On motion for reconsideration. Motion denied.

**2007–1113. Acordia of Ohio, LLC v. Fishel.**
Hamilton App. No. C–060292. Reported at 115 Ohio St.3d 1413, 2007-Ohio-4884, 873 N.E.2d 1317. On motion for reconsideration. Motion denied.

MOYER, C.J., and O'DONNELL and LANZINGER, JJ., dissent.